IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| KOREY ADELEYE | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 9:18cv189 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER PARTIALLY ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Korey Adeleye filed the above-styled petition for writ of habeas corpus. The court referred the matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation recommending the petition be denied. However, petitioner subsequently filed a motion (doc. no. 7) asking that his petition be voluntarily dismissed. Pursuant to Federal Rule of Civil Procedure 41(a), petitioner is entitled to voluntarily dismiss his petition prior to the service of any adverse parties.

## ORDER

Accordingly, petitioner's motion for voluntary dismissal is **GRANTED**. The report of the magistrate judge is **ADOPTED** to the extent it recommends dismissal of this petition. A final judgment will be entered dismissing the petition.

**So Ordered and Signed**
**Jan 4, 2019**

_____
Ron Clark, Senior District Judge